IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
3:35 pm Oct 21 2024
Clerk U.S. District Court
Northern District of Ohio
Youngstown

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | **4:24CR00394** |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, Section |
| RUBEN NOEL SANCHEZ, | ) | 924(c)(1)(A)(i); |
| | ) | Title 21, United States Code, |
| Defendant. | ) | Sections 841(a)(1), 841(b)(1)(B)(vi), |
| | ) | and 841(b)(1)(C) |

**JUDGE POLSTER**
**MAG. JUDGE SHEPERD**

COUNT 1
(Possession with Intent to Distribute Fentanyl, Heroin, Cocaine, and Methamphetamine,
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C))

The United States Attorney charges:

1. On or about March 14, 2024, in the Northern District of Ohio, Eastern Division, Defendant RUBEN NOEL SANCHEZ did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C).

COUNT 2
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense,
18 U.S.C. § 924(c)(1)(A)(i))

The United States Attorney further charges:

2. On or about March 14, 2024, in the Northern District of Ohio, Eastern Division, Defendant RUBEN NOEL SANCHEZ did knowingly possess a firearm, to wit: a Glock, model 23, .40 caliber semi-automatic pistol bearing serial number KWB881; a Glock, model unknown, 9mm caliber semi-automatic pistol device bearing serial number BFPA694; a Glock, model 30S, .45 caliber semi-automatic pistol bearing serial number BXMV680, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being: Possession with Intent to Distribute Fentanyl, Heroin, Cocaine, Amphetamine, and Methamphetamine, contrary to the provisions of Title 21, United States Code, Section 841(a)(1), charged in Count One herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE ALLEGATIONS

The United States Attorney further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts One and Two, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant RUBEN NOEL SANCHEZ, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, all firearms and ammunition, involved in, or used in the commission of such violations; including, but not limited to, the following:

2

   a. a Night Owl DVR-BTD2-8-V2 and power cord;

   b. one steel press plate with "Rolex" emblem;

   c. a Davis Industries, .32 caliber semi-automatic pistol bearing serial number P128667;

   d. a Glock, model 23, .40 caliber semi-automatic pistol bearing serial number KWB881;

   e. a Glock, model unknown, 9mm caliber semi-automatic pistol bearing serial number BFPA694 equipped with a machine gun conversion device;

   f. a Glock, model 30S, .45 caliber semi-automatic pistol bearing serial number BXMV680;

   g. three machine gun conversion devices; and

   h. miscellaneous ammunition.

                                                REBECCA C. LUTZKO
                                                United States Attorney

                                        By:     /s/ David M. Toepfer
                                                David M. Toepfer, Chief
                                                Akron & Youngstown Branch